UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT NICHOLS,
    Plaintiff,
v.                                                    NO.:  07-368

ARBCO INDUSTRIES, INC.
    Defendant.

**ORDER OF COURT**

AND NOW, this 18th day of September, 2007, upon motion of the Plaintiff, IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff's Title VII and PHRA claims are dismissed with prejudice. All other claims are dismissed without prejudice to file a Complaint in State Court.

BY THE COURT:

*/s/ Gary L. Lancaster*
Gary L. Lancaster
United States District Judge